UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00179-MOC
[Br. Case No. 12-31-997 & Adversary Pro. No. 12-03247]

| | |
|---|---|
| IN RE: | ) |
| **GENIEROSE DIOLA MAGSINO** | ) |
| | ) |
| Debtor. | ) |
| | ) |

## **ORDER**

**THIS MATTER** is before the court on Notice from the Clerk of the Bankruptcy Court that appellant has failed to file a designation of items to be included in the record on appeal and a statement of the issues she is raising in her appeal as required by Fed.R.Bankr.P. 8006. As appellant is proceeding pro se, she is instructed that as the appellant, she is obligated to tell the court what issues she has with the Order from which she has appealed and to inform the Clerk of the Bankruptcy Court what items that were filed in the bankruptcy action she wants this court to consider. Once that is accomplished, the bankruptcy court will transmit those items to this court in support of her appeal. Finally, appellant is advised that is she does not accomplish those tasks within the additional time provided, her appeal could be dismissed.

**IT IS, THEREFORE, ORDERED** that appellant file with the Clerk of the Bankruptcy court a designation of items to be included in the record on appeal and a statement of issues to be presented to this court, all within 14 days of entry of this Order.

1

The Clerk of this Court shall transmit a copy of this Order to the Bankruptcy Clerk for filing in the underlying bankruptcy action(s) appealed from.

Signed: 5/16/2014

Max O. Cogburn Jr.
United States District Judge