# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Genierose Diola Magsino , | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant , | ) | 3:14-cv-00179 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Department of Education | ) | |
| , | | |
| Appellee, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2014 Order.

August 29, 2014

Signed: August 29, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court